JUDGE KATHLEEN CARDONE

FILED

2020 OCT 14 PM 12: 30

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-20-CR- |
| --- | --- | --- |
| Plaintiff, | § | **INDICTMENT** |
| v. | § | CT 1: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; |
| AARON MUNOZ (1), and FILIBERTO MUNOZ, JR. (2), | § | CT 2: 21:841(a)(1)-Possession with Intent to Distribute a Controlled Substance |
| Defendants. | § | |

THE GRAND JURY CHARGES:

**EP20CR2183**

<u>COUNT ONE</u>
(21 U.S.C. §§ 846 & 841(a)(1))

That on or about September 15, 2020, in the Western District of Texas, Defendants,

**AARON MUNOZ (1), and
FILIBERTO MUNOZ, JR. (2),**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved methamphetamine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) in the quantities set forth below:

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of methamphetamine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| AARON MUNOZ (1) | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine | 841(b)(1)(A)(viii) |
| FILIBERTO MUNOZ, JR. (2) | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine | 841(b)(1)(A)(viii) |

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii))

That on or about September 15, 2020, in the Western District of Texas, Defendants,

**AARON MUNOZ (1), and**
**FILIBERTO MUNOZ, JR. (2),**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

FOREPERSON OF THE GRAND JURY

GREGG N. SOFER
UNITED STATES ATTORNEY

BY: _____
Assistant United States Attorney